# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2514

_____

LABONTA BRUCE MCDONALD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.


September 18, 2024

PER CURIAM.

AFFIRMED. *See Parks v. State, 371 So. 3d 392, 393 (Fla. 1st DCA 2023).*

OSTERHAUS, C.J., and M.K. THOMAS and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Francis Andrew Mcgill and David A. Henson, Assistant Public Defenders, for Appellant.

Ashley Moody, Attorney General, and Darcy Olivia Townsend, Assistant Attorney General, Tallahassee, for Appellee.